Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
**HEIT ERLBAUM, LLP**
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 75.57.10.208, <br><br> Defendant. | Case Number: 3:16-cv-01629-WHA <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, SUMMONS AND RETURN OF SERVICE UNDER SEAL** |

THIS CAUSE came before the Court upon Plaintiff's Administrative Motion for Leave to File Its Amended Complaint, Summons and Return of Service Under Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.

Dated: July 21, 2016

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1

Case No. 3:16-cv-01629-WHA